# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### AMENDED CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-1563-R                                             **DATE:** OCT. 8, 2009

**TITLE:** CAO YONG et al -V- ROBERT E. ARIT
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                    <u>     N/A     </u>
**Deputy Clerk**                                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                              Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for failure to prosecute


THIS MATTER IS SET ON CALENDAR FOR HEARING ON OCT. 19, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                              Initials of Deputy Clerk__WH___
**CIVIL - GEN**                              D-M