Eric J. Goodman (SBN 210694)
David A. Berstein (SBN 204472)
Nicholas D. Myers (SBN 251809)
BURKHALTER KESSLER
GOODMAN & GEORGE  LLP
2020 Main Street, Suite 600
Irvine, California 92614
Telephone:  949.975.7500
Facsimile:   949.975.7501
iplit@bkgglaw.com

Attorneys for Plaintiffs
CAO YONG and CAO YONG EDITIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAO YONG, an individual, CAO YONG EDITIONS, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT E. ARIT, an individual; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.  CV09-01563 R (JTLx)<br><br><br>**PERMANENT INJUNCTION** |

**BASED UPON THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that a Permanent Injunction be entered against ROBERT E. ARIT.

**IT IS FURTHER ORDERED THAT:**

1.     That Defendant ROBERT E. ARIT and all persons acting in concert or participation with him, be permanently enjoined from directly or indirectly infringing Plaintiffs' copyrights including the in the artwork entitled:

a.     "A STROLL IN MONTMARTRE" (Registration No. VA 1-143-304, Registration Date: December 26, 2001);

BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 MAIN STREET, SUITE 600
IRVINE, CALIFORNIA 92614

b.     "BANKS OF LA SEINE" (Registration No. VA 1-201-709, Registration Date: May 15, 2003);

c.     "DÉJÀ VU OF VENICE" (Registration No. VA 1-099-351, Registration Date: April 23, 2001);

d.     "MEDITERRANEAN SUNRISE" (Registration No. VA 1-276-638, Registration Date: July 19, 2004);

e.     "MORNING IN VENICE" (Registration No. VA 1-062-884, Registration Date: October 18, 2000);

f.     "RED UMBRELLA" (Registration No. VA 1-062-896, Registration Date: October 18, 2000); and

g.     "TWILIGHT BY THE FOUNTAIN" (Registration No. VA 1-242-694, Registration Date: January 20, 2004);

2.     That Defendant ROBERT E. ARIT, and all other persons in active concert or privity or in participation with him, be permanently enjoined to return to Plaintiffs any originals, copies, facsimiles, reproductions or duplicates of "*A STROLL IN MONTMARTRE*," "*BANKS OF LA SEINE*," "*DÉJÀ VU OF VENICE*," "*MEDITERRANEAN SUNRISE*," "*MORNING IN VENICE*," "*RED UMBRELLA*," and "*TWILIGHT BY THE FOUNTAIN*" in his possession, custody, or control;

3.     That Defendant ROBERT E. ARIT be permanently enjoined to deliver upon oath, to be impounded, all originals, copies, facsimiles, reproductions or duplicates of any work which infringes any of Plaintiffs' copyrights; and

/ / /

/ / /

/ / /

/ / /

/ / /

BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 MAIN STREET, SUITE 600
IRVINE, CALIFORNIA 92614

4.      That Defendant ROBERT E. ARIT will file, within thirty (30) days of the entry of this Permanent Injunction, a written report, under oath or affirmed under penalty of perjury, setting forth in detail the form and manner in which it has complied with the stipulated permanent injunction.

5.      The Motion for Default Judgment set for 12-7-09 at 10:00 a.m. is off calendar.

**IT IS SO ORDERED.**


Dated: Oct. 27, 2009

By:   _____

Honorable Manuel L. Real
United States District Judge

**[Proposed] PERMANENT INJUNCTION**

BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 MAIN STREET, SUITE 600
IRVINE, CALIFORNIA 92614

### *PROOF OF SERVICE*
### *Cao Yong v. Robert E. Arit, et al.*
### *Central District of California Case No. CV09-01563-R (JTLx)*

I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2020 Main Street, Suite 600, Irvine, California  92614.

On **October 27, 2009**, I caused the attached document described as: **[Proposed] PERMANENT INJUNCTION**, to be served on the interested parties in this action by enclosing a true and correct copy of the original in a sealed envelope addressed as follows:

**<u>Defendant in Pro Per</u>**
Robert E. Arit
772 Celtic Drive
Palmdale, California 93551-4596

[X ]   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.   Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Executed on **October 27, 2009** at Irvine, California.

[X ]   (FEDERAL)        I declare under penalty of perjury that the foregoing is true and correct.

_____
Elaine Clark

BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 MAIN STREET, SUITE 600
IRVINE, CALIFORNIA 92614

4
**[Proposed] PERMANENT INJUNCTION**